**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW HAMPSHIRE
WARREN B. RUDMAN U.S. COURTHOUSE
55 PLEASANT STREET, ROOM 110
CONCORD, NEW HAMPSHIRE   03301

**OFFICE OF THE CLERK**                                                                                    Telephone: 603-225-1423
 Tracy A. Uhrin, Clerk of Court                                                                      Web: www.nhd.uscourts.gov
 Karen A. Gorham, Chief Deputy Clerk

## PROCEDURAL ORDER IN TRANSFERRED CASES

The parties and counsel are advised that all future pleadings shall be filed in compliance with this District's Local Rules and Administrative Procedures for Electronic Case Filing.   If there are any outstanding pending motions and objections in the case that counsel or a pro se litigant wish to renew, any such motion(s) shall be refiled within thirty (30) days of the date this order is entered on the court's docket.   Motions previously filed in the transferor district will not be considered and will be deemed resolved unless refiled in this court in accordance with this order.   Please note that all motions filed in this District must comply with Local Rule 7, which outlines the court's motion practice regarding briefs and objections.   The Local Rules and Administrative Procedures for ECF can be downloaded from our website at www.nhd.uscourts.gov.

Tracy A. Uhrin
Clerk of Court

USDCNH-104 (1-14)